

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEALED MATTER

CRIMINAL NO. 2:09-mj-30436

_____/

## MOTION AND ORDER TO UNSEAL FILED DOCUMENTS

THE UNITED STATES OF AMERICA respectfully requests that the documents filed October 27, 2009, consisting of a complaint and accompanying affidavit as well as arrest warrants, be unsealed, as several of the defendants have been arrested and the government is no longer concerned that publication of the complaint would compromise an ongoing investigation.

WHEREFORE, the government respectfully requests that the complaint, arrest warrants and affidavit in this cause be unsealed.

TERRENCE BERG
United States Attorney

CYNTHIA OBERG (P36338)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226-3211
(313) 226-9701
cynthia.oberg@usdoj.gov

Date: October 28, 2009

**IT IS SO ORDERED.**

HONORABLE DONALD A. SCHEER
United States Magistrate Judge

Entered: 10/28/09